UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JAMES WALLACE, II,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | Case No. 1:20-cv-00905-JLT (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 40) |

Defendants move to modify the Court's discovery and scheduling order. (Doc. 40.) Defendants request that the Court extend the deadline for filing exhaustion-based dispositive motions to July 6, 2021. (*Id.* at 2.) The current deadline is June 5, 2021. (Doc. 37.) Upon review of Defendants' motion, including defense counsel's supporting declaration, the Court finds good cause to grant the request. Accordingly, the Court GRANTS Defendants' motion. The deadline for filing motions challenging the exhaustion of administrative remedies is now July 6, 2021. All other deadlines remain in effect.

IT IS SO ORDERED.

Dated: __**June 4, 2021**__           _/s/ Jennifer L. Thurston_
                                                        CHIEF UNITED STATES MAGISTRATE JUDGE