# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JAMES WALLACE, II,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | Case No. 1:20-cv-00905-BAK (PC)<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**<br><br>21-DAY DEADLINE |

Plaintiff William James Wallace, II, ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under the Americans with Disabilities Act ("ADA"). On October 4, 2021, Defendants California Department of Corrections and Rehabilitation, Ourique, and Smith (collectively "Defendants") filed a motion for summary judgment. (ECF No. 46.) Pursuant to Local Rule 230(l), and as explained in Defendants' Notice of Motion (*id.* at 1-2), Plaintiff had 21 days to file an opposition or a statement of non-opposition to Defendants' motion for summary judgment. To date, Plaintiff has failed to do so.

Accordingly, the Court ORDERS Plaintiff, **within 21 days**, to show cause in writing why this action should not be dismissed for his failure to prosecute. Alternatively, within that same time, Plaintiff may file an opposition or a statement of non-opposition to Defendants' motion for summary judgment.

**Failure to comply with this order will result in a recommendation that this case be dismissed for failure to prosecute.**

IT IS SO ORDERED.

Dated: __January 13, 2022__                    /s/ *Barbara A. McAuliffe*                
                                                     UNITED STATES MAGISTRATE JUDGE